**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **RICARDO ARDUENGO BERRÍOS,**<br><br>Plaintiff,<br><br>v.<br><br>**MUNICIPALITY OF SAN JUAN; ST. JAMES SECURITY SERVICES, LLC; OPTIMA SEGUROS; CHUBB; DEPARTMENT OF JUSTICE OF PUERTO RICO,**<br><br>Defendants. | CIVIL NO. ______<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR DAMAGES AND CIVIL RIGHTS VIOLATIONS ("42 U.S.C. § 1983")**

**TO THE HONORABLE COURT:**

COMES Now Plaintiff Ricardo Arduengo Berríos, through the undersigned counsel, respectfully states, alleges, and prays:

## I. INTRODUCTION.

1. This is a civil action for damages arising from the unlawful detention, arrest, and prosecution of a photojournalist performing his work in a public place.

2. Defendants --including municipal police officers, private security personnel-- interfered with Plaintiff's First Amendment activity, falsely accused him of criminal conduct, and caused him to be unlawfully arrested and prosecuted, in violation of 42 U.S.C. § 1983 and Puerto Rico tort law.

**II. PARTIES.**

3. Plaintiff Ricardo Arduengo Berríos is of legal age, married, photojournalist and his physical and postal address is 604 Calle Elliot Pl., Apt. 2A, San Juan, Puerto Rico 00907, and his telephone number is (480) 749-5720. Mr. Arduengo is a freelance photojournalist, with an outstanding, stable and serious reputation in the industry.

4. Defendant Municipality of San Juan is a political subdivision of the Commonwealth of Puerto Rico, capable of suing and being sued, with physical address at 1306 Ave. Fernández Juncos, San Juan, Puerto Rico, mailing address: PO Box 70179, San Juan, PR 00936-8179. Telephone: (787) 480-2500. The Municipality was duly notified within ninety (90) days of the occurrence and they acknowledge receipt. See Exhibit 1.

5. Defendant St. James Security Services, LLC is a Puerto Rico entity (Registry No. 153639), capable of suing and being sued, and its physical and mailing address is Urbanización Caribe, 1604 Avenida Juan Ponce de León, San Juan, Puerto Rico 00926. Telephone: (787) 754-8448. St. James Security Services, LLC was duly notified within ninety (90) days of the occurrence and they acknowledge receipt. See Exhibit 2.

6. Defendant Optima Seguros is the insurer of the Municipality of San Juan under policy CP-0063837, claim number 113497. Its physical address is 1101 Avenida Luis Muñoz Rivera,

San Juan, Puerto Rico 00925; its mailing is PO Box 192511, San Juan, PR 00925-2511. Telephone: (787) 765-2100. Optima Seguros was duly notified within ninety (90) days of the occurrence and they acknowledge receipt. See Exhibit 2.

7. Defendant CHUBB is the insurer of St. James Security Services under claim number 804-1755872. Its physical address is 33 Calle Resolution, 5th Floor, San Juan, Puerto Rico; its mailing address is PO Box 191249, San Juan, PR 00919-1249. Telephone: (787) 274-4716. CHUBB was duly notified within ninety (90) days of the occurrence. See Exhibit 3.

8. Defendant Department of Justice of Puerto Rico ("DJ") is an entity organized under Puerto Rico law, with mailing address at Apartado 9020192, San Juan, PR 00902-0192. The DJ was duly notified within ninety (90) days of the occurrence. See Exhibit 1.

**III. JURISDICTION AND VENUE.**

9. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because Plaintiff asserts claims under 42 U.S.C. § 1983 for violations of the First, Fourth, and Fourteenth Amendments.

10. Supplemental jurisdiction exists under 28 U.S.C. § 1367 for Plaintiff's Puerto Rico tort claims, including those arising under Act 104, 31 L.P.R.A. §§ 10801, 10804, 10805, and related doctrines of joint and several liability and employer vicarious liability.

11. Venue is proper under 28 U.S.C. § 1391(b) because all events occurred in this District and all defendants reside or operate within Puerto Rico.

## IV. FACTUAL ALLEGATIONS.

12. On August 15, 2025, Plaintiff was performing his duties as a photojournalist under the Urban Train rails near the José Miguel Agrelot Coliseum ("Choliseo"), close to the Tinto y Blanco Restaurant at 204 Luis Muñoz Rivera Avenue, Hato Rey.

13. While photographing the area and public activity, Plaintiff was approached and interrupted by employees of St. James Security Services.

14. The St. James employees told Plaintiff he could not take photographs because the area was "private property." Plaintiff complied and moved to the area they identified as public.

15. Despite Plaintiff's compliance, St. James employees continued to obstruct his work, covering his camera, standing in front of his lens, and insisting he could not exercise his press rights in that location.

16. Plaintiff calmly explained that he was in a public place with no expectation of privacy and that he was lawfully exercising his rights.

17. St. James employees then contacted the Municipal Police of San Juan.

18. Municipal Police Officer Elvin A. Zayas Caldero, badge number 2324, intervened and insisted Plaintiff obey St. James's demands.

19. Plaintiff explained the demands were unlawful, that he was in a public area and there was no expectation of privacy.

20. MPO Zayas demanded identification. Plaintiff stated he understood he was not obligated to provide identification absent a reasonable suspicion of a crime.

21. Sergeant K. Rivera, badge number 5-1496 PMSJ, arrived at the area. Plaintiff explained the situation to him. Sargent Rivera stated that a St. James employee claimed Plaintiff had assaulted him.

22. Plaintiff denied the allegation and informed Sergeant Rivera that he had recorded the incident with his Ray-Ban Meta glasses.

23. Despite the video evidence, Plaintiff was arrested, for allegedly assaulting St. James employee, Edwin Antonio Rivera Agosto. Plaintiff was deprived of his liberty and subjected to illegal and unlawful detention. Plaintiff did not resist arrest.

24. Plaintiff was paraded handcuffed through the crowded public area and taken to the San Juan Municipal Police Station at 372 Eugenio María de Hostos Avenue for processing.

25. On September 16, 2025, criminal complaints SJ2025CR01674-1 and SJ2025CR01674-2 were filed against Plaintiff.

26. The first complaint alleged violation of Article 246.1 (refusal to provide identification). The second alleged violation of Article 108 (alleged physical force against Rivera Agosto).

27. MPO Zayas and Rivera Agosto appeared at the hearing.

28. The Municipal Court dismissed both charges, finding no probable cause.

29. The Court explicitly stated it "CONSIDERED THE VIDEOS OF THE AREA WHERE THE DEFENDANT WAS TAKING PHOTOS AND THE INTERVENTION OF THREE ST. JAMES AGENTS."

30. Plaintiff suffered emotional harm, anxiety, disruption of his personal and professional life, and ongoing mental anguish as a result of Defendants' unlawful conduct.

31. Plaintiff's damages exceed $500,000.00.

32. On or around November 10, 2025, Defendants were duly notified within ninety (90) days of the occurrence and the tolling term of causes of action interrupted.

## V. CAUSES OF ACTION

### COUNT I – 42 U.S.C. § 1983.

29. Plaintiff incorporates paragraphs 1–28.

30. Plaintiff was engaged in constitutionally protected press activity.

33. Defendants, acting under colour of law, retaliated against Plaintiff by interfering with his work, his photography,

summoning police intervention, and causing his illegal arrest and prosecution.

34. Plaintiff was humiliated by the unlawful act of being paraded handcuffed through a crowded public area.

31. Defendants' actions would chill a person of ordinary firmness from exercising First Amendment rights.

**COUNT II – 42 U.S.C. § 1983.**

33. Plaintiff incorporates paragraphs 1–32.

34. Plaintiff was arrested unlawfully without probable cause.

35. The arrest was based on false allegations and unsupported claims contradicted by video evidence.

36. Defendants violated Plaintiff's Fourth Amendment right to be free from unreasonable seizures.

**COUNT III – 42 U.S.C. § 1983.**

37. Plaintiff incorporates paragraphs 1–36.

38. Defendants initiated criminal charges based on allegations that were false, not true, and fabricated, and acted unlawfully under colour of these allegations.

39. Plaintiff was subjected to deprivation of liberty and reputational harm without probable cause and due process of law.

**COUNT IV – Puerto Rico Tort Liability.**

40. Plaintiff incorporates paragraphs 1–39.

41. Defendants acted negligently, unlawfully, and without justification, causing Plaintiff emotional and economic damages.

**COUNT V – Vicarious Liability.**

42. Plaintiff incorporates paragraphs 1–41.

43. St. James is liable for the negligent acts of its employees.

44. The Municipality is liable for the negligent acts of its police officers.

**COUNT VI – Joint and Several Liability.**

45. Plaintiff incorporates paragraphs 1–44.

46. All defendants are jointly and severally liable for the damage caused.

**COUNT VII – Abuse of Rights (Abuso de Derecho).**

47. Plaintiff incorporates paragraphs 1–46.

48. Defendants exercised authority arbitrarily, in bad faith, and for the sole purpose of harming Plaintiff.

**COUNT VIII – Insurer's Liability.**

49. Plaintiff incorporates paragraphs 1–48.

50. Optima Seguros and CHUBB are liable up to the limits of their respective policies for the damage caused by their insured parties.

**VI. DAMAGES.**

51. Plaintiff suffered emotional distress, anxiety, humiliation, disruption of professional activities, and ongoing mental anguish.

52. Plaintiff seeks not less than $500,000.00 in compensatory damages.

53. Plaintiff also seeks $25,000.00 for costs, expenses, and attorney’s fees.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court:

A. Enter judgment in favor of Plaintiff and against all Defendants; B. Award compensatory damages of **not less than $500,000.00**; C. Award **$25,000.00** for costs, expenses, and attorney’s fees; D. Declare Defendants’ conduct unlawful; E. Grant any other relief the Court deems just and proper.

**RESPECTFULLY SUBMITTED.**

In Trujillo Alto, Puerto Rico, this 10th day of September 2026.

**DÍAZ-TEJERA LAWFIRM**
PO Box 423
Trujillo Alto, Puerto Rico
00977
Tel. (787) 755-3440
Fax. (787) 755-0670

**s//JOSÉ VLADIMIR DÍAZ TEJERA**
USDC 204608
diaz_tejera-lawfirm@yahoo.com