Outlook

## CHUBB 804-1755872 EDUARDO ARDUONGO

**From** Padro, Juan R <Juan.Padro@Chubb.com>
**Date** Mon 17-Nov-25 12:22 PM
**To** lsalinas olmedolawpsc.com <lsalinas@olmedolawpsc.com>
**Cc** Miguel Olmedo <lcdoolmedo@gmail.com>

1 attachment (167 KB)
3243 Carta de Representación Legal a Saint James Securiity Services, LLC.pdf;

Saludos cordiales

Chubb acusa recibo de la carta de representación la cual incluyo en anejo. El suscribiente estará manejando la reclamación bajo el numero 804-1755872.

Puede enviarnos la documentación pertinente a mi correo electrónico.

Cualquier duda estamos a las ordenes,

Atentamente,

CHUBB

**Juan Padró, AIC**
Claims Representative

33 Resolucion St. 5th Floor, San Juan, Puerto Rico
PO Box 191249 San Juan, PR 00919-1249
O 787-274-4716 F 787-758-6989
E juan.padro@chubb.com

**ATENCIÓN:** Como parte de las iniciativas para contener la propagación del COVID-19,
Chubb Insurance Company of Puerto Rico se suma a los esfuerzos coordinados de trabajo remoto.

Asimismo, mantenemos el compromiso de garantizar la continuidad del negocio y el servicio, por lo que seguimos a tu disposición.

This email may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

Este correo electrónico (incluidos los archivos adjuntos) está destinado solamente para el(los) destinatario(s) designado(s), y puede ser confidencial, no público, de propiedad y/o protegido por el secreto profesional de la relación abogado-cliente o otro privilegio de confidencialidad. La lectura, distribución, copia u otro uso no autorizado de esta comunicación está prohibida y puede ser ilegal. La recepción por cualquiera que no sea el(los) destinatario(s) previsto(s) no debe ser considerada como una renuncia de cualquier privilegio o protección de confidencialidad. Si usted no es el destinatario o si cree que ha recibido este mensaje por error, por favor notifique inmediatamente al remitente y borre todas las copias de su computador sin leer, guardar, imprimir, reenviar o utilizar de cualquier manera. Aunque se ha averiguado en cuanto a virus y otro software malicioso ("malware"), no garantizamos, representamos o certificamos de ninguna manera que esta comunicación es libre de malware o potencialmente daños perjudiciales. Toda responsabilidad por cualquier pérdida, daño o lesión real o supuesta que surja de o que resulte en modo alguno de la recepción, la apertura o el uso de este correo electrónico está expresamente excluida.

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.